UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 7633**

Plaintiff: David Bochner

-v-

Defendant: AREBA Casriel, Inc. and Pan American Medical Center

Case No.

Rule 7.1 Statement



RECEIVED AUG 28 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AREBA and Pan Amer. Med. Ctr. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: August 28, 2007

Signature of Attorney

Attorney Bar Code: JL-5213

Form Rule7_1.pdf

JUDGE CHIN