UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 7633**

**Plaintiff:** David Bochner

-v-

**Defendant:** AREBA Casriel, Inc. and Pan American Medical Center

Case No.

Rule 7.1 Statement

RECEIVED AUG 30 2007 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE CHIN

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AREBA and Pan Amer. Med. Ctr. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: August 28, 2007

Signature of Attorney

Attorney Bar Code: JL-5213

Form Rule7_1.pdf