# MEMO ENDORSED

**FRIER LEVITT**
ATTORNEYS AT LAW

*Handwritten endorsement:* This letter and the attached affidavit are deemed a motion by Frier Levitt for leave to withdraw. There being no objection, the motion is granted and Frier Levitt is relieved as counsel for Mr. Bochner.

SO ORDERED.

*[Signature]*
DCh USDJ
10/26/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007

October 18, 2007

**By Facsimile Only (212-805-7906)**

Honorable Denny Chin, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1020
New York, NY 10007

19 Microlab Road
Suite A
Livingston, NJ 07039
t 973.535.1660
f 973.535.0650

Re: Bochner v. A.R.E.B.A. Casriel, Inc., et al.
    Index No. 07-cv-7633

Dear Judge Chin:

•*Daniel B. Frier
•*Jonathan E. Levitt

Theresa M. DiGuglielmo
*Michelle L. Greenberg
*Mitchelle C. Pierre
***Todd Mizeski

Of Counsel
Harold L. Gechtman

*NY & NJ Bars
***NY, NJ & DC Bars
•Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

275 Madison Avenue
Suite 1100
New York, NY 10016
t 212.981.1660
Please respond to New Jersey Office

In accordance with my telephone conversation with Your Honor's Law Clerk, Lauren, of earlier today, this letter is being respectfully submitted to request the Court's permission to file a motion for Frier & Levitt, LLC to be relieved as counsel for Plaintiff, David A. Bochner, pursuant to L.Civ.R. 1.4. As per Lauren's suggestion, I am enclosing a copy of the Affidavit that will be filed with the Court in support of this motion should the Court grant this request.

<u>As set forth in the accompanying affidavit, both David A. Bocher (the Plaintiff) and opposing counsel have consented to the relief requested in this motion. Thus, this application will not be opposed.</u>

Thank you.

Respectfully submitted,

**FRIER & LEVITT, LLC**

*[Signature]*
Todd Mizeski

TM/ag
Enclosure

cc: Perry Heidecker, Esq. – by E-Mail Only, with enclosure
    Mr. David Bochner – by E-Mail Only, with enclosure

Frier & Levitt, LLC
www.frierlevitt.com