UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

DAVID A. BOCHNER,                    :

            Plaintiff,        :       **ORDER**

    - against -                     :       07 Civ. 7633 (DC)

A.R.E.B.A. CASRIEL, INC. and         :
PAN AMERICAN MEDICAL CENTER,
                                     :
            Defendants.

- - - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       SO ORDERED.

Dated:   New York, New York
         March 14, 2008

                                       DENNY CHIN
                                       United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/14/2008]